NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSALIND C. ABRAMS,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2025-2022

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-24-0818-W-1.

---

**ON MOTION**

---

## O R D E R

Rosalind C. Abrams submits a reply brief, ECF No. 101, and moves for a one-week extension of time "to satisfy compliance requirements and cure deficiencies," ECF No. 102 at 1.

The court notes that Ms. Abrams's reply brief is not compliant with the rules of this court because: (1) the caption is incorrect, *see* Fed. Cir. R. 32(a)(1); and (2) the brief exceeds the applicable word and page limits, *see* Fed. R.

2                                                              ABRAMS v. DHS

App. P. 32(a)(7); Fed. Cir. R. 32(b)(1) (limiting reply briefs to 15 pages or 7,000 words).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted to the extent that Ms. Abrams is directed to file a corrected reply brief addressing the issues discussed in this order no later than 14 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 17, 2026
Date