**Federal Emergency Management Agency**



PERFORMANCE WORK STATEMENT (PWS)
FOR:

Digital Workflow BPA

Ross Wakeman, Contracting Officer

PROCUREMENT SENSITIVE INFORMATION

This document contains non-public information
intended for use on a need-to-know basiswithin
FEMA only.

Please protect this document as procurement sensitive and handle accordingly.

**DEPARTMENT OF HOMELAND SECURITY (DHS)**

# Performance Work Statement (PWS) For Digital Workflow BPA

## 1.0 Introduction/Purpose

The purpose of this Performance Work Statement is to outline the tasks that must be accomplished by the Contractor(s) for the FEMA Digital Workflow BPA. The objective of this procurement is to obtain a Software as a Service Solution (SaaS) that is authorized by FedRAMP and offers software licensing, training, implementation, and program support services. This comprehensive solution will be used by FEMA for any current or future Digital Workflow Modules and Services.

## 2.0 Period and Place of Performance

The base period for the BPA will be 12 months after date of award. There will be four options periods, each option period will be 12 months. The location of the performance will be determined either by the COR or by the assigned task monitors, depending on the current needs of the Program, Modernization efforts, future expansions, or disasters. The Contractors shall generally perform all work between the hours of 8 a.m. and 5 p.m. EST, Monday through Friday (except federal holidays).

## 3.0 Specific Requirements/Tasks

## 3.1 Task 1: Provide Digital Workflow Capabilities

The Contractor(s) shall implement new capabilities, enhance existing capabilities, develop applications, and configure process automation services provided by the agency's IT Service Management platform(s).

For each Digital Workflow service provided, the Contractor(s) shall perform a core set of activities:

- Conduct a gap analysis between the current capability and the desired state.
  - The gap analysis shall be used to identify business goals and impacts on various business units within the organization.
- Ensure all work performed meets FEMA and DHS ATO and other security requirements.
- Utilize an agile project management approach to manage large complex projects.

As part of the project management process, the Contractor(s) shall map out which epics will help to achieve FEMA digital workflow objectives. Once the objectives and associated epics

have been identified, the next step is to prioritize those epics. Some of epics may be grouped into different call orders. Dependency between epics shall be established. The priority of an epic is based on its alignment with the organization's strategy, its impact on other parts of the business, and its risk profile. This becomes the digital workflow BPA roadmap. Once the epics have been prioritized, the next step is to assign them to delivery teams.

Delivery teams shall leverage agile/SAFe, DevOps, and DevSecOps methodologies to plan for program increments and get it implemented. Dependencies between epics shall be considered at the planning phase when identifying project increments. The Contractor(s) shall monitor the progress of each epic as they move through their lifecycle to help to ensure that epics are being delivered on time and within budget and shall make course corrections if necessary. The Contractor(s) shall conduct sprint retrospectives to gain efficiencies which can be applied to subsequent iterations.

Specific requirements in addition to the core set of activities shall be determined at the call order level.

### 3.1.1 Task 1 Performance Measures/AQLs

The Contractor shall provide a sufficient number of support staff to enable best practice full lifecycle support scrum teams to perform the following functions: Architecture, Process Delivery Lead, Scrum Master, Testing, and SME Developers. A list of applicable BPA level metrics used for agile project management and delivery excellence is provided in the Quality Control System (QCS) section herein.

### 3.1.2 Task 1 Outcomes

Outcomes shall include the implementation of Intelligent Applications and Process Automation, HR Service Delivery, Security Operations, Governance, Risk and Compliance, SAM, HAM, ITBM, ITOM, ITSM, and Citizen Service Management with streamlined operations and improved efficiencies.

The Contractor(s) deliverable outcomes shall include all artifacts of the agile process as defined at the call order level to include:

- Product Vision

- Sprint Goal

- Product Backlog

- Sprint Backlog

- Definition of Done

- Burn-Down Chart

- Increment

- Other required artifacts

## 3.2 Task 2: Provide Technical Advisory Support

The Contractor(s) shall provide Technical Advisory Support for IT Service Management and Process Automation platform setup, enhancements, and optimization. To achieve desired business outcomes out of the FEMA digital workflow, The Contractor(s) shall continue to work with FEMA, Product Vendors, FEMA Agile Product owners, and IT Service Management and Process Automation SMEs to envision them and then create a systematic approach to achieve them. The Contractor(s) shall bring in technical and platform architects to provide technical advisory support for platform setup, enhancements, and optimizations. The Contractor(s) shall provide guidance to build appropriate program governance, drive user adoption, and measure FEMA's progress and return on investment.

To achieve the digital workflow objectives, The Contractor(s) shall provide technical and system architects to work with Product Vendors to provide technical design and expert assistance to the developers and review code across all digital workflow implementations of IT Service Management and Process Automation products.

The Contractor(s) shall work with IT Service Management and Process Automation Product Owners, The Contractor's system/technical architect shall collaborate with Product Vendor's platform architecture to deliver prescriptive guidance for workflow innovation, development on the IT Service Management and Process Automation Platform, and performance optimization tailored to FEMA's digital workflow. In addition, we shall provide informed guidance and leading best practices, and unprecedented access to technical resources and tools for monitoring, metrics and alerts. The Contractor(s) provide elevated Tier 3 support and coordinate with the IT Service management and Process Automation product vendor to provide escalated Tier 3 support with faster support response times, and technical tools to ensure platform health.

### 3.2.1 Task 2 Performance Measures/AQLs

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
|---|---|---|---|
| Respond to Tier 3 support | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Provide timely supporting documentation for DHS and FEMA compliance processes | 100% of documentation provided in a timely manner | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Increased Efficiency | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Enhanced Effectiveness | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Improved Responsiveness | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Knowledge Transfer | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Change Management | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Scalability and Flexibility | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.2.2 Task 2 Outcomes

Specific outcomes will be determined at the call order level. The Contractor(s) shall provide:

1. **Increased Efficiency:** The optimized digital workflows shall significantly reduce manual processes, duplications, and bottlenecks, leading to an overall improvement in FEMA's operational efficiency.
2. **Enhanced Effectiveness:** The digital workflows shall improve the accuracy, speed, and consistency of FEMA's operations, resulting in better decision making and service delivery.

3. **Improved Responsiveness:** By streamlining and digitizing operations, FEMA shall be able to respond more swiftly and effectively to emergencies and disasters.

4. **Knowledge Transfer:** FEMA staff shall gain a clear understanding of the new digital workflows, enabling them to use these tools effectively and sustain their benefits with associated documentation.

5. **Change Management:** The Contractor shall help FEMA manage the transition to digital workflows, ensuring minimal disruption to operations and high acceptance among staff.

6. **Scalability and Flexibility:** The digital workflows shall be designed to be scalable and flexible, allowing FEMA to adapt them to evolving needs and real-world events.

The Contractor(s) shall utilize best practices to provide process design for the agency's IT Service Management and Process Automation platform. The Contractor(s) shall provide designated teams of platform architects, customer support managers, success architects, and business strategists, supplemented with personalized workshops with the agency's IT Service Management and Process Automation product and engineer experts. The Contractor(s) shall help FEMA tightly align the digital workflow business objectives to technical roadmaps to reduce risk, and to keep pace with innovation without increasing technical debt.

The Contractor(s)'s deliverables shall include artifacts such as strategies, roadmaps, measurements of user adoption and satisfaction, technical solutions, assessments of platform capabilities, architecture diagrams, technical governance processes, compliance processes, and reporting of Tier 3 resolution activities.

### 3.3 Task 3: Provide Program Implementation Support

The Contractor(s) shall implement a program level suite of repeatable processes and procedures, and published governance artifacts that ensures the continued high performance of an operational support team to support the IT Service Management and Process Automation function for FEMA.  The Contractor(s) shall develop a programmatic governance strategy that is clearly articulated and defines how it shall drive incremental value and performance.  The Contractor(s) shall provide complete documentation that defines the IT Service Management and Process Automation capabilities, process and engagement model in place.  The Contractor(s) shall documentation and processes that expresses the rationale to support the IT Service Management and Process Automation solution decisions. The Contractor(s) shall develop a rigorous and unbiased approach to testing across IT Service Management and Process Automation solutions. The Contractor(s) shall develop a clearly defined data strategy that covers management, deployment, and governance.  The Contractors(s) shall implement a KPI and measurement framework to ensure relevant metrics are used to measure portfolio effectiveness.  The Contractor(s) shall implement data and

information tracking and tagging to measure quality & efficacy of the solution(s). The Contractor(s) shall configure, design, and implement dashboard reports of the IT Service Management and Process Automation solution and integrate with 3rd party analytic tools used by FEMA.

### 3.3.1 Task 3 Performance Measures/AQLs
A list of common BPA level metrics used for program management and delivery excellence is provided in the Quality Control System (QCS) section herein in addition to the specific metrics for Program Implementation Support shown below.

| Performance Metric | Acceptable Quality Level | Measurement/ Frequency of measurement | How reported |
|---|---|---|---|
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.3.2 Task 3 Outcomes
Specific outcomes will be determined at the call order level that underpin a mature, efficient, and effective program support model. The KPI's implemented under this requirement will demonstrate program efficiency and effectiveness across all requirements.

### 3.4 Task 4: Provide Training

The Contractor(s) shall deliver a Training Plan in a variety of formats to include: Role-based training, Customized quick reference guides, in-person and virtual online training, Train-the-Trainer, and Ad-Hoc training. The Contract(s) shall obtain concurrence from FEMA on the curriculum format and delivery mechanism, and plan communication channels to register students for trainings. The Contractor(s) shall provide on-site training using FEMA facilities and adapt training courses for webinars to meet the needs of geographically dispersed staff. The Contract(s) shall conduct train-the-trainer sessions for identified personnel. The Contractor(s) shall deliver training all materials to FEMA electronically in the format agreed upon at the Call Order level.

### 3.4.1 Task 4 Performance Measures/AQLs

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
|---|---|---|---|
| Meet or exceed customer satisfaction scores | Determined at the call order level | Monthly or as agreed at the call order level | Monthly status report or as agreed at the call order level |

| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
|---|---|---|---|

### 3.4.2 Task 4 Outcomes

The FEMA user base shall gain work efficiency and effectiveness in operations through a better understanding and adoption of capabilities provided. There shall be increased use and availability of self-service training capabilities, thereby reducing the number of support tickets. In additional to in person and virtual training, FEMA users shall be able to access all training materials as well as have access to applicable IT Service Management and Process Automation applicable training resources. FEMA users shall be able to provide feedback as to the efficacy of the training and materials provided.

## 3.5 Task 5: Provide Project Management Support

The Contractor(s) shall provide a Project Manager to plan and manage the implementation of all capabilities. The Contractor(s) shall manage its agile development activity and assess and report on agile and scrum performance, including, but not limited to the following tasks:

- Participate in or lead Agile and Program Management activities, including demos and sprint planning meetings, with the FEMA stakeholders to demonstrate progress and current issues.
- Develop, update, and maintain MVPs and product roadmap that incorporates projects, features, activities, and milestones necessary for the design, development, training implementation of the digital workflow solution.
- Work with FEMA OCIO to schedule and perform user research activities.
- Develop, update, and maintain an Agile Dashboard that displays and tracks relevant metrics related to progress and performance.
- Track and report agile metrics to FEMA OCIO.

The Contractor(s)'s Project Manager shall be responsible for creating the Project Plan and other deliverables as specified at the Order level and shall ensure that the implementations stay on schedule according to the Project Plan. The Contractor(s) shall provide project management services, and assess and report on performance, including, but not limited to the following tasks:

- Manage call order project operations and teams.
- Provide timely and comprehensive reporting on management, schedule, technical, and financial progress.
- Meet with the FEMA CO no later than five (5) business days following award for a Post Award Kick-off to discuss the project and expectations.
- Provide and maintain a project management plan (PMP) and operational model that

demonstrates the overall management approach to meeting the requirements of the call order PWS and get approved by the FEMA CO prior to award. Follow the process to get the PMP updated and approved. Incorporate the Quality Control Plan, the Change Management Plan, and the Staffing Plan into the PMP.

- Perform scheduled risk assessments to ensure data security and compliance with the established FEMA Authority to Operate (ATO). Comply with FEMA and DHS security requirements.
- Present a monthly In-Progress Review (IPR) briefing to FEMA OCIO PMO that addresses program progress, cost/price, schedule, performance measurements, risks, technical issues, and management challenges.

### 3.5.1 Task 5 Performance Measures/AQLs

A list of common BPA level metrics used for agile project management and delivery excellence is provided in the Quality Control System (QCS) section herein in addition to the specific metrics for Program Management Support shown in the following table.

| Performance Metric | Acceptable Quality Level | Measurement/Freque ncy of measurement | How reported |
|---|---|---|---|
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Meet schedule dates and deliverables | All deliveries are delivered on time per the approved project schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.5.2 Task 5 Outcomes

Using agile portfolio management approach and platform center of excellence, the Contractor(s) shall provide FEMA OCIO a consistent, adaptive, and scalable digital workflow implementation based on the FEMA's enterprise architecture principles, and best practices in IT Service Management and Process Automation platform.

The Contractor(s)'s deliverables shall include project plans and subplans, project schedules, quality control plan, QASP, kick-off materials, and project status reports, in addition to any deliverables Work with FEMA OCIO to schedule and perform user research activities.

The Contractor(s) shall:
- Develop, update, and maintain an Agile Dashboard that displays and tracks relevant metrics related to progress and performance.
- Track and report agile metrics to FEMA OCIO.

The Contractor(s)'s Project Manager shall be responsible for creating the Project Plan and other deliverables as specified at the Order level and shall ensure that the implementations stay on schedule according to the Project Plan. The Contractor(s) shall provide project management services, and assess and report on performance, including, but not limited to the following tasks:

- Manage call order project operations and teams.
- Provide timely and comprehensive reporting on management, schedule, technical, and financial progress.
- Meet with the FEMA CO no later than five (5) business days following award for a Post Award Kick-off to discuss the project and expectations.
- Provide and maintain a project management plan (PMP) and operational model that demonstrates the overall management approach to meeting the requirements of the call order PWS and get approved by the FEMA CO prior to award. Follow the process to get the PMP updated and approved. Incorporate the Quality Control Plan, the Change Management Plan, and the Staffing Plan into the PMP.
- Perform scheduled risk assessments to ensure data security and compliance with the established FEMA Authority to Operate (ATO). Comply with FEMA and DHS security requirements.
- Present a monthly In-Progress Review (IPR) briefing to FEMA OCIO PMO that addresses program progress, cost/price, schedule, performance measurements, risks, technical issues, and management challenges.

## 3.6 Task 6: Implement Risk Management Framework

The Contractor(s) shall provide a Risk Management Framework (RMF) and Continuous Authorization Monitoring solution that integrates security, privacy, and cyber supply chain risk management activities into the system development life cycle. The Contractor(s) shall perform interviews and surveys to understand the current implementation Risk Management Framework (RMF) and Continuous Authorization Monitoring processes. . The Contractor(s) shall perform a requirements workshop to derive expected capabilities and features for RMF and Continuous Authorization Monitoring.

The Contractor(s) shall include a complete Governance Risk & Compliance (GRC) solution as part of the IT Service Management platform with the ability integrate data from other platform modules and 3rd party sources. The Contractor(s) shall perform interviews and surveys to create an inventory of current tools that are able to integrate with the GRC solution. The Contractor(s) shall perform requirement workshops to identify the technical specifications to integrate third party tools and sources with the GRC solution.

### 3.6.1 Task 6 Performance Measures/AQLs

A list of common BPA level metrics used for agile project management and delivery excellence is provided the Quality Control System (QCS) section herein in addition to the specific metrics for RMF implementation shown below.

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
| --- | --- | --- | --- |
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.6.2 Task 6 Outcomes

A solution that utilizes the full range of risk management capabilities of the IT Service Management and Process Automation platform and that provides insight and analytics to decision makers into the risks present in the FEMA operating environment.

## 3.7 Task 7: Deliver High-Performance Business Services with AIOps

The Contractor(s) solutions shall leverage AI/machine learning to identify and predict IT issues, find the root cause, and quickly resolve issues. The Contractor(s) shall work with FEMA configuration management, and ITIL process owners, to help determine the level of normalization of the necessary data, IT Service Management and Process Automation. The Contractor(s) shall work with FEMA stakeholders to identify the process and aspects of IT Service Management and Process Automation which support AI/machine learning and align deployment with FEMA stakeholder priorities.

The Contractor(s) shall leverage the IT Service Management and Process Automation native machine learning models to rapidly deploy the functionality as a starting point for usage. The Contractor(s) shall provide experts trained in AI/machine learning to review and analyze the results of predictive intelligence models in association with reviewing the "clustering" of incoming records to continually identify opportunities and areas of improvement.

### 3.7.1 Task 7 Performance Measures/AQLs
A list of common BPA level metrics used for agile project management and delivery excellence is provided in the Quality Control System (QCS) section herein in addition to the specific metrics for delivering high-performance business services shown below.

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
| --- | --- | --- | --- |
| Mean Time to Acknowledge | To be determined at the call order | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

| | | | |
|---|---|---|---|
| | level | | |
| Mean Time to Resolve/Repair | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Ticket-to-Incident Ratio | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Service Availability | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Automated vs. Manual Resolution | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.7.2 Task 7 Outcomes

The Contractor(s) shall support FEMA in advancing AIOps capabilities across multiple mission areas. The Contractor(s) shall consider capabilities such as advanced monitoring, automated incident detection and response, self-healing, predictive analytics, and RPA expansion as early candidates for AIOps modernization. FEMA shall realize improved efficiency, cost savings, better visibility and control, enhanced security and compliance, reduction in high-tier engineering supporting root cause analysis, reduced time to detection, and increased user experience through adoption of AIOps capabilities. The Contractor's deliverables shall include recommendations for AIOps and proposed solutions, as well as other deliverables defined at the call order level.

### 3.8 Task 8: Provide Automation of Business Process Workflows

The Contractor(s) shall develop and configure custom process automation solutions to meet the needs of stakeholders across FEMA. The Contractor(s) shall follow project delivery methodologies as outlined in Task 1 and shall follow Training requirements listed in Task 4.

### 3.8.1 Task 8 Performance Measures/AQLs
A list of common BPA level metrics used for agile project management and delivery excellence is provided in the Quality Control System (QCS) section herein in addition to the specific metrics for automation of business process workflows shown below.

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
|---|---|---|---|
| Automation Effectiveness | To be determined at the call order level based on the proposed automation/feature | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Total Number of Workflows Automated | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.8.2 Task 8 Outcomes

the automation of business process workflows to affect organizational change. The Contractor(s) shall coordinate with FEMA stakeholders to determine how to best automate existing and reformed processes. The goals include: reducing delivery times, increasing end user satisfaction, and providing process transparency. The Contractor(s) shall define and establish the process reformation and automation systems necessary for FEMA to continually improve and automation process. The Contractor(s) shall integrate the intake process with process automation, establish prioritization matrices and time reduction ROI analysis models, and facilitate process reformation and automation working sessions.

The Contractor(s)'s deliverables shall include solutions and documentation such as action trackers, document concurrence tracking, governance process workflow, and citizen development workflows, as well as others defined at the call order level.

### 3.9 Task 9: Provide Ability for Delegated Development

The Contractor(s) shall provide governance and implement and configure the capability to separate access to the platform(s) for different user types based on their roles.

The Contractor(s) shall implement a rigorous technical governance model ensuring that all development executed on the platform aligns with IT Service Management and Process Automation and industry best practices, is compliant with security policy and controls, and is executed to not have any unintended "cross platform" or future development impacts. This governance model would extend to all development including delegated development. This governance process can include (but is not limited to) code reviews, code scans, code promotion control, and demand management alignment with the right to accept or reject any development across the development stack.

### 3.9.1 Task 9 Performance Measures/AQLs

A list of common BPA level metrics used for agile project management and delivery excellence is provided in the Quality Control System (QCS) section herein in addition to the specific metrics for delegated development shown below.

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
|---|---|---|---|
| Number of Non-Administrators actively developing/deploying applications | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Number of applications deployed/developed | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.9.2 Task 9 Outcomes

The outcome shall be the capability to assign instance specific deployment user roles that enable non-admin users to install or upgrade applications in specific instances, like non-production environments. The Contractor(s) shall configure delegated development to allow designated users without a system admin role to develop or deploy applications on the IT Service Management and Process Automation platform(s) and give the users full access to citizen development Developer and deployment permissions are application specific. A developer who has permission to access all file types for one application shall not require any

developer permissions for another application allowing for separation of duties and parallel development. The Contractor(s) shall set developer and deployment permissions for each application in accordance with the governance created and after concurrence with FEMA.

Through delegated development The Contractor(s) shall facilitate working towards the IT Service Management and Process Automation goals of increasing development speed through a wider array of developers (both internal and external) without sacrificing quality, security, and the availability of the instances. Through IT Service Management and Process Automation delegated administration functionality and The Contractor(s)'s technical governance model, FEMA shall be able to achieve new and growing IT Service Management and Process Automation development/staffing ideas such as citizen development, or a "multi-vendor" instance (where multi-vendors are development functionality in a single IT Service Management and Process Automation development stack without conflict or massively increasing technical debt). The Contractor(s) shall produce all deliverables as defined at the call order level.

## 3.10 Task 10: Enhance the FEMA Digital Workflow platform(s)

The Contractor(s) shall enhance the IT Service Management platform(s) and process automation by implementing and configuring existing FEMA applications and module at the Call Order level. The Contractor(s) shall ensure enhancements align with the FEMA IT Service Management and Process Automation roadmap and the functionality inside of each module is prioritized to align with FEMA stakeholders value statements, ensuring rapid return on investment and adoption. Dedicated teams ensure development does not impact the continued development of the instance, while also ensuring the deployment team is skilled in the desired IT Service Management and Process Automation functionality. Bringing the right people to the deployment at the right time results in the rapid deployment IT Service Management and Process Automation functionality built using native IT Service Management and Process Automation functionality without introducing technical debt.

### 3.10.1 Task 10 Performance Measures/AQLs

A list of common BPA level metrics used for agile project management and delivery excellence is provided in the Quality Control System (QCS) section herein in addition to the specific metrics for enhancing FEMA Digital Workflow platforms shown below.

| Performance Metric | Acceptable Quality Level | Measurement/Frequency of measurement | How reported |
|---|---|---|---|
| Change in number of digital workflow platforms in | To be determined at | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call |

| production | the call order level | | order level |
|---|---|---|---|
| User feedback on digital workflow platform UI and UX | To be determined at the call order level | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |
| Provide documentation and deliverables | Per approved schedule | Weekly or as agreed at the call order level | Weekly status report or as agreed at the call order level |

### 3.10.2 Task 10 Outcomes

The Contractor(s) IT Service Management and Process Automation development process, built on Agile and DevSecOps principles, is solely focused on helping FEMA accelerate its adoption of the IT Service Management and Process Automation platform. Likewise, through the adoption of the IT Service Management and Process Automation platform, and its ability to automate processes, FEMA will work towards its overall mission of rapidly supporting the American public during disasters and times of need. At a tactical level, using the paradigm describe above The Contractor(s) shall continue to develop the continued functionality in currently deployed modules, and potentially new modules in a timely and prioritized manor allowing FEMA to use more of the platform to meet their strategic goals while not incurring persistent increasing technical debt. This shall allow for rapid upgrades which in turn allows FEMA to adopt the native, expanding IT Service Management and Process Automation functionality rather than investing in custom development. This in turn also directly drive return on investment, helping FEMA recognize the return on investment in the IT Service Management and Process Automation platform. The Contractor(s)'s deliverables shall include documentation of configuration of existing FEMA models and all documentation required for the implementation of new modules as defined in the Quality Control System (QCS) section herein and in the call order.

### 3.11 Task 11: Steady State Objective

The Contractor(s) shall provide licensing and licensing support for the IT Service Management and Process Automation platform through the CTA with Carahsoft.

## 3.12 Task 12: Transition and Knowledge Transfer

The Contractor(s) shall appoint a dedicated Transition Manager who shall be the main point of contact for the successful and timely transition in and out of each call order. The Contractor(s) shall support the planning and scheduling of Transition events, in the optimization of these events before and as they are happening, and in the validation of the success of each event before moving on to the next.

The Contractor(s) shall complete a Transition Plan to be agreed upon between The Contractor(s) and the Government or a third party prior to the transition of objectives within 30 days of award and shall execute when directed by the agency. The plan shall include such items as the strategic approach, schedule, milestones, and any transition items as appropriate. The Plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan and shall be subject to the Contracting Officer's approval. The Contractor(s) shall provide sufficient experienced personnel during the phase-in and phase-out period to ensure the services called for by this contract are maintained at the required level of proficiency.

The Contractor(s) shall ensure all deliverables, products, licenses, designs, data, documentation, evaluations, assessments, user research notes, source code, configuration settings and files, and materials developed or acquired throughout the contract's performance shall be the property of FEMA. The Contractor(s) shall be responsible for the transition of all technical activities, equipment, software, accounts, and documentation required to complete all contractual responsibilities. The Contractor(s) shall commence Transition support upon direction of the Government and shall work with the new Contractor or Government to provide knowledge transfer and transition support, as required by the COR and PM. The Contractor(s) shall be responsible for the implementation of the transition and cutover activities such that they cause no disruption in service.

The Contractor(s) shall exercise its best efforts and cooperation to affect an orderly and efficient transition to a successor. The Contractor(s) shall furnish phase-in and phase-out services for up to ninety (90) days after the call order expires. The Contractor(s) shall negotiate in good faith a plan with a successor to determine the nature and extent of phase-in and phase-out services required.

The Contractor(s) shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by the contract. The Contractor(s) shall disclose necessary personnel records and allow the successor to conduct on-site interviews with these employees. The Contractor(s) shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor if selected employees are agreeable to the change. The Contractor(s)

understands that it shall be reimbursed for all reasonable phase-in and phase-out costs (i.e., costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee under the contract.

Transition is about not only migrating knowledge, skills, and work output to the incoming contractor but mitigating risk at every step of the process. Immediately upon notice of award we begin our contract execution strategy including a comprehensive Risk Management framework. The Contractor(s)'s full Risk Management framework is summarized in the Management Plan.

## 4.0 Deliverables Schedule

The Contractor(s) and FEMA will agree on all deliverables based on the final approved requirements. The Contractor shall submit the deliverables to the designated Government personnel within the agreed review schedule. The Contractor(s) shall collaborate with the reviewers to ensure that the established schedule is followed. The FEMA COR will have 10 days to review the deliverables and make comments. In turn, The Contractor(s) shall make corrections as needed and redeliver in 5 business days. All written reports will be provided in electronic format with read/write capability, using applications that are compatible with the current workstation windows and Microsoft products as per FEMA standard. Deliverables produced under the call order will be classified in accordance with security classification instructions and procedures provided by the COR.

### *BPA Deliverables Schedule*

| Deliverable | Description | Due Date |
|---|---|---|
| Quality Assurance Surveillance Plan (QASP) | A QASP will be agreed upon with The Contractor(s) after award and incorporated into the contract to include how inspection and acceptance corresponding to the work statement's performance criteria will be enforced and to provide oversight of The Contractor(s)'s quality control system. | No later than (7) days after award. |
| Kick-Off Meeting | The Contractor(s) shall attend a Kick-Off Meeting with FEMA. | No later than (7) days after award. |
| IT Service Catalog Document | The Contractor(s) shall develop a document identifying the catalog of IT Services available for request fulfilment. The document shall also include the taxonomy used to define each service. This document shall be due 42 days after call order award. The Contractor(s) shall provide Catalog updates within 5 days of release. | Initial document due 42 calendar days from call order award. |

| Transition Plan | The Contractor(s) shall provide Transition Plan within 30 days of award and execute when directed by the agency. | Within 30 days of award. |
|---|---|---|
| Section 508 Accessibility Conformance Reports | The Contractor(s) shall provide Section 508 Accessibility Conformance Reports for each ICT item offered under the contract. | As agreed at the call order level. |

If The Contractor(s) delivers before the required due date, and it is accepted by the Government, The Contractor(s)'s performance shall be specifically noted in the annual Past Performance evaluation drafted by FEMA. If The Contractor(s) delivers after the due date payment shall be reduced by 2% if the deliverable is late by 3 days, by 4% if late by 6 calendar days, and 6% if late by 9 calendar days.

## 5.0 Quality Control System (QCS)

No later than seven (7) days after award, a QASP will be agreed upon with the government after award and incorporated into the contract to include how inspection and acceptance corresponding to the work statement's performance criteria will be enforced and to provide oversight of the Contractor(s)'s quality control system. All The Contractor(s) personnel are responsible for exceptional and timely performance executed strictly to the stipulations set forth in the PWS, and the terms and conditions set forth in the contract, to the full expectations of the Government.

AQLs for each objective in this BPA PWS have been identified herein. Additionally, AQLs that apply to all tasks are identified in table below. This constitutes the Baseline Performance Framework (BPF) and shall be included in The Contractor(s)'s Quality Control System (QCS). The Contractor(s) shall collaborate with FEMA during the Transition-in for each call order to identify and finalize the BPF and QCS. The Contractor(s) shall use the finalized BPF to refine performance monitoring and management (self-inspection) solution in the QCS to ensure that all performance standards are being effectively captured and verified.

### *Performance Metrics and Measurements*

| Performance Metric | Acceptable Quality Level | Measurement Frequency | How it is Measured |
|---|---|---|---|
| User Research - Product design and strategy are informed by user research and usability testing. | 100% of user research artifact(s) attached to all closed JIRA tickets concerning user interfaces | Every PI | User stories, product design, roadmap, and prioritization of the backlog track to applicable user research artifacts based on research with relevant stakeholders. |
| Objectives and Key Results (OKRs) | 95% of OKRs tracked each PI | Every PI | Assist with establishing and monitoring metrics to track progress, design experiments to advance objectives, make recommendations |
| System Monitoring | 98% of components monitored | Continuous | Infrastructure, APIs, and databases are monitored for performance |

| | | | |
|---|---|---|---|
| Roadmaps | 100% of roadmaps updated | Every PI | Roadmaps defined and updated. |
| Definition of Done (DoD) | 100% of deliverables | Every Sprint | Deliverables for each iteration meet the DoD as defined collaboratively between FEMA and the<br><br>Contractor(s) |
| Deployment Frequency | 100% of PIs | Every PI | The frequency with which code is deployed to production |
| Lead Time for Changes | 100% | Every PI | The length of time between when code is committed to when it is deployed to production <= 1 PI |
| Tested Code | 90% test coverage | Continuous | Code delivered must have substantial test code coverage and a clean code base; number of lines of code executed while running an automated test<br><br>suite, divided by the total meaningful lines of code |
| Running Tested Features (RTF) | Positive RTF curve | Every Release | Properly running software features (an end user or customer defined requirement) beginning with the MVP; "properly running" means that features are<br><br>shipped in a single integrated product that continuously passes acceptance tests |
| Coding Standards | 100% secure coding standard compliance | Continuous | Code must follow defined coding standards that include programming styles and conventions |

| | | | |
|---|---|---|---|
| Out of Box Configuration | 100% | Continuous | Leverage out of box functionality when such IT Service Management and Process Automation capability exists. |
| Code Documentation | 95% documented | Continuous | Dependencies scanned for license compliance, repositories have README, major components have class-level docs, public APIs have swagger docs, private APIs have class-level docs |
| Security | 93% | Continuous | Systems are free from security defects and protect sensitive information as demonstrated by the percentage of ARS controls successfully addressed; numerator is total number of successful security controls (e.g., do not have a status of "not addressed" or "partial"), and denominator is total<br><br>security controls in the current ARS |
| Security | 100% | Continuous | Code submitted must be free of medium and high-level static and dynamic security vulnerabilities as demonstrated by clean tests from a static and dynamic testing tool respectively, along with documentation explaining any false positives |
| Usability | 100% of PIs | Each PI | Usability testing performed every PI |

| | | | |
|---|---|---|---|
| Performance | 95% | Continuous | The performance of each production system, inclusive of the following attributes, meets the associated Service Level Agreement (SLA): throughput, latency, uptime, and recovery time;<br><br>numerator is actual performance and denominator is the defined SLA |
| Time to Restore Service | 95% | Continuous | Less than one day from time of outage is reported to Help Desk to service is restored |